UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, *et al.*, | Case No. 3:22-cv-179 |
| Plaintiffs, | Judge Thomas M. Rose |
| v. | Magistrate Judge Caroline H. Gentry |
| C&C REINFORCING LLC, *et al.*, | |
| Defendants. | |

**ENTRY AND ORDER GRANTING PLAINTIFFS' RULE 41(a)(2) MOTION TO DISMISS (DOC. NO. 8)**

This case is before the Court pursuant to Plaintiffs' Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, Iron Workers District Council of Southern Ohio & Vicinity Pension Trust, and Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust ("Plaintiffs") May 2, 2023, Plaintiffs' Rule 41(a)(2) Motion to Dismiss ("Motion") (Doc. No. 8). Plaintiffs inform the Court that they have reached a settlement with Defendants and move to dismiss the matter pursuant to Rule 41(a)(2). (*Id*. at PageID 147.) Plaintiffs also request that this Court retain jurisdiction to enforce the terms of the settlement agreement. (*Id*.)

Accordingly, for good cause shown and upon consideration of Plaintiffs' Motion pursuant to Rule 41(a)(2), it is hereby ordered that:

1. The Court shall retain jurisdiction over the settlement agreement in this matter; and

2. The Court **DISMISSES** this action without prejudice.  The Clerk is directed to terminate this case on the docket.

1

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, May 18, 2023.

                                                             s/Thomas M. Rose
                                         _____
                                                THOMAS M. ROSE
                                 UNITED STATES DISTRICT JUDGE