IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, *et al.*, | : : : | Case No. 3:22-cv-00179 District Judge Thomas M. Rose Magistrate Judge Caroline H. Gentry |
| Plaintiffs, | : : | |
| vs. | : : | |
| C&C REINFORCING LLC, *et al.*, | : : | |
| Defendants. | : | |

## ORDER FOR DISBURSEMENT OF FUNDS

This matter is before the Court on the Motion for Order to Disburse Funds Held by This Court ("Motion," Doc. No. 30) filed by Plaintiffs Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, the Iron Workers District Council of Southern Ohio & Vicinity Pension Trust, and the Iron Workers Council of Southern Ohio & Vicinity Annuity Trust ("Judgment Creditors").

The Court previously issued an Order and Notice of Garnishment to Garnishee Huntington National Bank on December 14, 2023 (Doc. No. 21), pursuant to the Order to Enforce Settlement Agreement entered in this matter on July 11, 2023 (Doc. No. 13). Garnishee Huntington National Bank answered the Order of Garnishment on January 12, 2024 and submitted a check in the amount of $4,176.43. (Doc. No. 29.) The check is

currently held in the possession of the Clerk of Court (Receipt # DAY300001914), pending further Order of the Court.

For good cause shown, the Court **GRANTS** Judgment Creditors' Motion (Doc. No. 30). Accordingly, the Court **ORDERS** the Clerk of Court to distribute the sum of $4,176.43, minus costs, to Judgment Creditors' counsel at:

> Faulkner, Hoffman & Phillips, LLC
> c/o Joseph C. Hoffman, Jr., Esq.
> 20445 Emerald Parkway Dr., Suite 210
> Cleveland, Ohio 44135-6029

The distributed amount shall be applied towards the judgment in favor of Judgment Creditors in this matter.

**IT IS SO ORDERED.**

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge